J. Grace Felipe (SBN: 190893)
felipeg@cmtlaw.com
Tamar Gabriel (SBN: 266860)
gabrielt@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
CREDIT CONTROL SERVICES, INC. d/b/a
CREDIT COLLECTION SERVICES
(erroneously sued and served as CREDITOR'S
COLLECTION SERVICES, INC.)

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE E. HAYWOOD,<br><br>       Plaintiff,<br><br>vs.<br><br>CREDIT COLLECTION SERVICES, INC.; and DOES 1 to 20, INCLUSIVE,<br><br>       Defendant. | CASE NO. **'14CV0304 WQHWVG**<br><br>**NOTICE OF REMOVAL** |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant CREDIT CONTROL SERVICES, INC. d/b/a CREDIT COLLECTION SERVICES, erroneously sued and served as CREDITOR'S COLLECTION SERVICES, INC., hereby files this notice of removal under 28 U.S.C. §1446(a).

///

# INTRODUCTION

1.  Defendant is CREDIT CONTROL SERVICES, INC. d/b/a CREDIT COLLECTION SERVICES erroneously sued and served as CREDITOR'S COLLECTION SERVICES, INC., (hereinafter referred to as "Defendant"); Plaintiff is BRUCE E. HAYWOOD ("Plaintiff").

2.  Upon information and belief, Plaintiff initially filed this case on August 19, 2013 in the Superior Court of California, County of San Diego, Case No. 37-2013-00063273-CL-CL-CTL. Plaintiff subsequently filed an Amended Complaint on November 4, 2013. A true and correct copy of Plaintiff's Summons and Amended Complaint is attached hereto as Exhibit "A."

3.  On January 8, 2014 Defendant was personally served with the Summons and a copy of Plaintiff's Amended Complaint.

4.  As Defendant received Plaintiff's Complaint on January 8, 2014, Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b), and as extended via FRCP 6. See *Wells v. Gateways Hosp. & Mental Health Ctr.*, 1996 U.S. App. LEXIS 2287 at *2 (9th Cir. Cal. Jan. 30, 1966).

## A. BASIS FOR REMOVAL

5.  Removal is proper because Plaintiff's Complaint involves a federal question. 28 U.S.C. §§1331, 1441(b); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th

Cir. 1996). Specifically, Plaintiff has alleged claims that arise under 15 U.S.C. § 1692, *et seq.* for alleged violations of the Fair Debt Collection Practices Act and the 47 U.S.C. §227, *et seq.* for alleged violations of the Telephone Consumer Protection Act. It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a). This Court also has supplemental jurisdiction over Plaintiff's state claims pursuant to 28 U.S.C. § 1367.

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the action has been pending.

### B. JURY DEMAND

8. Plaintiff demands a jury in the state court action. Defendant also demands a jury trial.

### C. CONCLUSION

9. Defendant respectfully requests removal of this action as it involves a Federal question under the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* and the Telephone Consumer Protection Act, 47 U.S.C. §227, *et seq.*

| | | |
|---|---|---|
| 1 | DATED: February 10, 2014 | CARLSON & MESSER LLP |

By: /s/ Tamar Gabriel
J. Grace Felipe
Tamar Gabriel
Attorneys for Defendant,
CREDIT CONTROL SERVICES, INC.
d/b/a CREDIT COLLECTION SERVICES