Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Suren N. Weerasuriya (278512)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
sweerasuriya@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRUCE E. HAYWOOD,** | Case No. **3:14-cv-00304-WQH-WVG** |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **CREDIT COLLECTION SERVICES, INC.; and DOES 1 to 20, INCLUSIVE,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 15th day of April, 2014.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

1  Filed electronically on this 15th day of April, 2014, with:

2

3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5  Magistrate Judge William V. Gallo
   United States District Court
6  Southern District of California

7

8  **June Grace Felipe**
   Email: felipeg@cmtlaw.com

9

10 **Tamar Gabriel**
   Email: GabrielT@cmtlaw.com
11 Attorneys for Defendant

12 This 15th day of April, 2014.

13

14 s/Todd M. Friedman
   Todd M. Friedman

15

16

17

18

19

20

21

22

23

24

25

26

27

28